IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GULF STATES REORGANIZATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NUCOR CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) No.: 1:02-CV-2600-RDP |

## REPORT BY SPECIAL MASTER

Special Master James F. Rill reports to U.S. District Judge the Honorable R. David Proctor as follows:

1.  James F. Rill was appointed as Special Master in the above-styled action pursuant to the Order of the Honorable R. David Proctor dated October 22, 2008 (Doc. #181). On June 16, 2009, the Court issued an Order instructing the Special Master to "establish and describe the briefing schedules, procedures, and any oral presentations he may deem appropriate to consider the remaining issues." (Doc. #215 at 2).

2.  Special Master James F. Rill conducted a conference call with counsel for the parties on July 7, 2009. During the conference call, the parties agreed to the following procedures and schedule to expedite the resolution of the remaining issues referred to the Special Master:

Motion for Summary Judgment on Counts I and III (Doc. #124)

- Nucor will file its opposition to GSRG's Memorandum Concerning Liability of Nucor Corporation Under Sherman Act § 1 and § 2 (Doc. #216) by July 21, 2009.

- The Special Master will hear oral presentations on the Motion for Summary Judgment on July 29, 2009 at 10:00 a.m.

GSRG's Motion for Relief Regarding Expert Discovery

- GSRG will file its brief regarding discovery issues pertaining to Dr. Crandall's expert opinion by July 21, 2009.

- Nucor will file its responsive brief on July 28, 2009.

Motions to Exclude or Limit Expert Testimony

- GSRG will file its *Daubert* motions, if any, by August 13, 2009.

- GSRG will file its opposition to Nucor's Motions to Exclude Locker and Correnti (Docs. #172 and #175) by August 27, 2009.

- Nucor will file its opposition to GSRG's *Daubert* motions by September 10, 2009. Nucor will also file its reply to GSRG's opposition to Nucor's Motions to Exclude Locker and Correnti (Docs. #172 and #175), if any, by September 10, 2009.

- The parties should submit one set of all expert reports, and any materials cited in their *Daubert* motions, to the Special Master for his review.

- Upon resolution of GSRG's Motion for Relief Regarding Expert Discovery, the Special Master will set a briefing schedule for Nucor's anticipated motion to limit or exclude Dr. Crandall's testimony.

The parties have agreed that Nucor's Motion to Dismiss the Amended Complaint (Doc. #125) should be deferred until the Court has an opportunity to rule on the motion for summary judgment and *Daubert* motions. The Special Master agrees with the parties' position, and, unless instructed otherwise, will defer decision on the motion to dismiss until the Court rules on the other motions.

This the 8th day of July, 2009.

_____
JAMES F. RILL
SPECIAL MASTER

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Report by Special Master James F. Rill was served by ECF and by U.S. mail on this 8th day of July, 2009, on the following attorneys:

Philip C. Jones,
K&L Gates, LLP
1615 L Street, N.W.
Suite 1200
Washington, DC 20036

Bert W. Rein, Esq.
John B. Wyss, Esq.
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006

_____
James F. Rill