FILED

2011 Mar-17  PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GULF STATES REORGANIZATION GROUP, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:02-cv-2600-RDP |
| | ) | |
| NUCOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF GULF STATES REORGANIZATION GROUP'S
RENEWED REQUEST FOR ORAL HEARING ON PLAINTIFF'S
OBJECTIONS TO SPECIAL MASTER'S REPORTS**

Plaintiff Gulf States Reorganization Group, Inc., through counsel, hereby requests an oral hearing on its objections to the Special Master's Reports regarding summary judgment on plaintiff's claims under both Section 1 and 2 of the Sherman Act, and regarding the admissibility of the expert witness testimony of plantiff's proposed experts John D. Correnti and Michael D. Locker.

Respectfully submitted,

_____/s/_____
Philip C. Jones
Greenburg, Spence & Taylor, LLC
51 Monroe Place, Suite 707
Rockville, Maryland 20850
(301) 610-0010
pjones@gstlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on the court's ECF system, which will forward a copy thereof to counsel for the parties, and in addition, copies were served by regular United States mail, postage prepaid, addressed as follows:

Bert W. Rein, Esq.
John B. Wyss
Wiley Rein, LLP
1776 K St. NW
Washington, DC 20006

Joseph W. Carlisle, Esq.
Johnston, Barton, Proctor & Rose, LLP
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL 35209

this 17th day of March, 2011.

_____/s/_____
Philip C. Jones